## FREDERICK CORNELIUS *v.* DEPARTMENT OF BANKING

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 547 (AC 26706), is denied.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*Lorrie Lewis Adeyemi*, assistant attorney general, in opposition.

Decided May 16, 2006

## NICHOLAS PERRICONE *v.* MADELINE PERRICONE

The defendant's petition for certification for appeal from the Appellate Court (AC 27052) is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Steven W. Varney*, in support of the petition.

*Wesley W. Horton, Kimberly A. Knox, Daniel J. Krisch* and *Jean L. Welty*, in opposition.

Decided May 16, 2006